IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY DEWITT HUNTER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>M. BROWN, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:11-cv-00268 JLT (PC)<br><br>ORDER DISREGARDING PLAINTIFF'S AMENDED COMPLAINT<br><br>(Doc. 8) |

On May 18, 2011, Plaintiff filed an amended complaint. This case, however, is closed. By order filed March 23, 2011, the Court denied Plaintiff's application to proceed in forma pauperis and dismissed this action without prejudice. (Doc. 6.) Plaintiff is therefore advised that while he may refile his claims in a *new* case, this case is closed and any document filed herein, including the instant amended complaint, will be disregarded. **No further orders will be issued in this case.**

IT IS SO ORDERED.

Dated:   **May 25, 2011**　　　　　　　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE